UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0206 (WMW) |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| Amir Ahmed Sonbol, | |
| Defendant. | |

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture. (Dkt. 15.) The Court finds that the property at issue is subject to forfeiture, 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), and the United States has established the requisite nexus between such property and the offense of which Defendant Amir Ahmed Sonbol has been found guilty.

Based on the foregoing and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The motion of Plaintiff United States of America for a preliminary order of forfeiture, (Dkt. 15), is **GRANTED**.

2. Defendant Amir Ahmed Sonbol shall forfeit to the United States the following (hereinafter, the property):

   a. A Sony personal computer, model number PCG-601L, with serial Number 28189630-3233979;

   b. A Dell 9E8W all-in-one printer with serial number CN-ORU718-48730-81 F-0021;

c. A Dell Inspiron desktop computer with serial number Q7KQH-G7P3C-XKBFW-26J41W-7K4MH; and

d. Counterfeit currency seized from Defendant Amir Ahmed Sonbol on February 27, 2018 and April 11, 2018.

3. The United States Attorney General or an authorized designee may seize the property and maintain custody and control of it pending the entry of a final order of forfeiture.

4. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct.

5. This Order shall become final as to Defendant at the time of sentencing and shall be made a part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6. Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the property at issue and may warrant good title to any subsequent purchaser or transferee.

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary. Fed. R. Crim. P. 32.2(e).

Dated: February 28, 2019

Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge