UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0206 (WMW) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Amir Ahmed Sonbol, | |
| Defendant. | |

WHEREAS, on February 28, 2019, the Court entered a Preliminary Order of Forfeiture ordering Defendant Amir Ahmed Sonbol to forfeit property to Plaintiff United States of America pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov), beginning on March 5, 2019, providing notice of the intention of the United States to dispose of the property described below in accordance with law and notice of the right of third parties to petition the Court within 60 days after the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 29), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c):

   a. A Sony personal computer, model number PCG-601L, serial number 28189630-3233979;

   b. A Dell 9E8W all-in-one printer, serial number CN-ORU718-48730-81F-0021

   c. A Dell Inspiron desktop computer, serial number Q7KQH-G7P3C-XKBFW-26J41W-7K4MH; and

   d. Counterfeit currency seized from Defendant Amir Ahmed Sonbol on February 27, 2018 and April 11, 2018.

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 6, 2019  
s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge